IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**WILMA J. JOHNSON**                                             **PLAINTIFF**

V.                   **CASE NO. 2:23-CV-2137**

**COMMISSIONER,**
**Social Security Administration**                         **DEFENDANT**

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 22) of United States Magistrate Judge Mark E. Ford, dated December 9, 2024, regarding the Motion for Attorney's Fees (Doc. 20) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 20) is **GRANTED**, and the Court hereby orders that Plaintiff is entitled to compensation under the EAJA for **$6,800.00** in attorney's fees. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

**IT IS SO ORDERED** on this 30th day of December, 2024.

                                                */s/ Timothy L. Brooks*
                                                TIMOTHY L. BROOKS
                                                UNITED STATES DISTRICT JUDGE